UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-00408 |
| | ) |
| GERONIMO AGUILAR and | ) |
| UBALDINA AGUILAR, | ) Chapter 13 |
| | ) |
| Debtors | ) HONORABLE Jack B. Schmetterer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC. | ) Motion No. |
| | ) |
| Movant, | ) |

## NOTICE OF MOTION ON MOTION TO MODIFY STAY

TO:  Debtor, Debtor's Counsel, Trustee, U.S. Trustee

Please take notice that on March 5, 2014 at 9:30 a.m. the undersigned will bring the attached motion to modify the automatic stay and request for immediate effectiveness under Rule 4001, for hearing before the Honorable Jack B. Schmetterer, Bankruptcy Courtroom, U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, Courtroom 682, 219 South Dearborn Street, Chicago, Illinois 60604.

/s/ David G. Wasinger
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-00408 |
| | ) |
| GERONIMO AGUILAR and | ) |
| UBALDINA AGUILAR, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) Honorable Jack B. Schmetterer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| GERONIMO AGUILAR and | ) |
| UBALDINA AGUILAR, | ) |
| Debtors, | ) |
| | ) |
| and | ) |
| | ) |
| TOM VAUGHN, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

## MOTION TO MODIFY AUTOMATIC STAY
## BY VANDERBILT MORTGAGE AND FINANCE, INC.

Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt"), respectfully states as follows:

1. Vanderbilt is the owner and holder of an Adjustable Rate Note ("Note") executed by Debtors, Geronimo Aguilar and Ubaldina Aguilar ("Debtors"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

2. Pursuant to a Mortgage, Vanderbilt was granted a security interest in certain real property commonly known and numbered as 14439 S. Beacon Avenue, Orland

Park, Illinois 60462 and all fixtures thereon (the "Property").

3. Vanderbilt's security interest was duly perfected by the recording of the Mortgage, and the document evidencing perfection is attached hereto as Exhibit B and incorporated herein by reference.

4. The Note was endorsed in blank, and Vanderbilt has possession of the Note.

5. Debtors have defaulted in their obligations under the Note in the amounts shown in the attached Statement of Default.

6. The Plan in this case has not been confirmed. It provides for Movant to receive payments directly from Debtors.

7. The secured claim of Vanderbilt is approximately $307,851.47.

8. The value of the Property is approximately $250,000.00.

9. Cause exists for modifying the automatic stay, in that Debtors have failed to make payments to Vanderbilt, and Debtors may not have maintained insurance on the Property.

10. There is no equity in the Property and such Property is not necessary for an effective reorganization.

11. Vanderbilt is entitled to immediate relief because its collateral is declining in value, Debtors have no means of providing adequate protection, and Vanderbilt's damage from delay is irreparable.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays this Court enter its Order modifying the automatic stay pursuant to 11 U.S.C. § 362(d), immediately without any delay or stay under Rule 4001(a)(3) or otherwise, and for such other orders as the Court deems just and proper.

*/s/ David G. Wasinger*
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-00408 |
| | ) |
| GERONIMO AGUILAR and | ) |
| UBALDINA AGUILAR, | ) Chapter 13 |
| | ) |
| Debtors. | ) Honorable Jack B. Schmetterer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) Motion No. |
| | ) |
| Movant, | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Motion to Modify Automatic Stay and Notice of Hearing on Motion to Modify Stay by depositing a true copy of same in the U.S. Mail, first-class postage prepaid, addressed to the following, on the 6th day of February, 2014:

Geronimo Aguilar and
Ubaldina Aguilar, Debtors
14439 Beacon Ave.
Orland Park, IL 60462

James Augustyn
Attorney for Debtors
4021 C West 63rd Street
Chicago, IL  60629

Tom Vaughn, Trustee
55 E. Monroe Street, Ste. 3850
Chicago, IL  60603

/s/ David G. Wasinger

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| InRe: | ) | |
| | ) | Case No. 14-00408 |
| GERONIMO AGUILAR and UBALDINA AGUILAR | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |

**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) __Geronimo Aguilar and Ubaldina Aguilar__  Case No. __14-00408__  Chapter __13__

All Cases: Moving Creditor __Vanderbilt Mortgage and Finance, Inc.__  Date Case Filed __January 8, 2014__

Nature of Relief Sought:  ■ Lift Stay     □ Annul Stay     □ Other (describe)_____

Chapter 13: Date of Confirmation Hearing __March 12, 2014__ or Date Plan Confirmed _____

Chapter 7: _____ No-Asset Report Filed on _____
           _____ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. Home _____
   b. Car   Year, Make and Model _____
   c. Other (describe) __certain real property commonly known and numbered as 14439 S. Beacon Avenue, Orland Park, Illinois 60462 and all fixtures thereon__

2. Balance Owed as of Petition Date $__307,851.47__
   Total of all other Liens against Collateral $____

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $__250,000.00__

4. Default
   a. Pre-Petition Default
      Number of months __25__         Amount $__40,456.00__

   b. Post-Petition Default
      i.  On direct payments to the moving creditor
          Number of months __1__         Amount $__1,618.24__

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months _____         Amount $_____

5. Other Allegations
   a. Lack of Adequate Protection § 362(d)(1)
      i.   No insurance _____
      ii.  Taxes unpaid _____        Amount $_____
      iii. Rapidly depreciating asset __X__
      iv.  Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362(d)(2) __X__

   c. Other "Cause" § 362(d)(1) _____
      i.   Bad Faith (describe) _____
      ii.  Multiple filings _____
      iii. Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i.   □ Reaffirm                    ii. □ Redeem
      iii. □ Surrender                   iv. □ No Statement of Intention Filed

Date: February 6, 2014                  /s/ David G. Wasinger
                                        Counsel for Movant